**Order entered September 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00869-CR

### ALEXIA REYES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-33196-R

## ORDER

On September 17, 2018, court reporter Anne Meredith filed the supplemental reporter's record of the April 25, 2018 revocation hearing.

We **GRANT** appellant's September 13, 2018 motion for extension of time to file her brief and **ORDER** appellant's brief due on or before October 17, 2018.

/s/    CRAIG STODDART
        JUSTICE